**FILED**

DEC 08 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE DU TRIEU, | No. C 14-4758 LHK (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| UNKNOWN, | |
| Respondent. | |

On October 27, 2014, petitioner, a state prisoner proceeding *pro se*, filed a letter, which initiated this action. That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a completed application to proceed in forma pauperis ("IFP"). Moreover, the court informed petitioner that he was required to file a federal petition for writ of habeas corpus within twenty-eight days. The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days.[1]

To date, petitioner has not filed a federal petition for writ of habeas corpus, nor has he filed a completed application for leave to proceed IFP or paid the filing fee. As more than twenty-eight days have passed, this case is DISMISSED without prejudice. The clerk shall

---

[1] On November 12, 2014, this matter was reassigned to the undersigned judge.

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Trieu758disifppet.wpd

1 terminate all pending motions and close the case.

2      IT IS SO ORDERED.
3 DATED: 12/4/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\PRO-SE\LHK\HC.14\Trieu758disifppet.wpd        2